

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2017

No. 04-17-00384-CV

**IN RE ADAN VOLPE PROPERTIES, LTD**, Maricela Volpe, General Partner,

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVF-000127-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

Relators' motion for rehearing en banc and request for emergency stay is denied.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court